UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JESSICA L. PARADISO,

                              Petitioner,

        -v-                                    9:16-CV-1458
                                               (DNH/CFH)

SABINA KAPLAN, Superintendent,

                              Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                          OF COUNSEL:

JESSICA L. PARADISO
Petitioner
16-G-0266
Bedford Hills Correctional Facility
247 Harris Road
Bedford Hills, NY 10507


HON. LETITIA JAMES                    ALYSON J. GILL, ESQ.
Attorney General for the State of New York    LISA E. FLEISCHMANN, ESQ.
Attorney for Respondent               Ass't Attorneys General
120 Broadway
New York, NY 10271


DAVID N. HURD
United States District Judge

## DECISION and ORDER

        Petitioner Jessica L. Paradiso brought this petition for a writ of habeas corpus

pursuant to 28 U.S.C. § 2254.  On May 13, 2019, the Honorable Christian F. Hummel, United

States Magistrate Judge, advised by Report-Recommendation that the petition be denied

and that no certificate of appealability be issued.  Petitioner filed timely objections to the

Report-Recommendation.  Respondent submitted a response in opposition to petitioner's objections, and petitioner submitted a reply.

Based upon a de novo review of the portions of the Report-Recommendation to which petitioner objected, the Report-Recommendation is adopted in whole.  <u>See</u> 28 U.S.C. § 636(b)(1); Rule 10, Rules Governing Section 2254 Cases.

Therefore, it is

ORDERED that

1.  The petition for a writ of habeas corpus is DENIED; and

2.  No Certificate of Appealability shall be issued.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  July 3, 2019
        Utica, New York.